Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–28577–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco Saravia–Jiminez
57 Wilcox Rd
New Brunswick, NJ 08901–1665

Denise E. Saravia–Jiminez
57 Wilcox Rd
New Brunswick, NJ 08901–1665

Social Security No.:
xxx–xx–2133

xxx–xx–5045

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 11/13/18
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 2, 2018
JAN: llb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28577-MBK
Francisco Saravia-Jiminez                                               Chapter 13
Denise E. Saravia-Jiminez
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 02, 2018
                              Form ID: 132             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db/jdb          Francisco Saravia-Jiminez,   Denise E. Saravia-Jiminez,   57 Wilcox Rd,
                 New Brunswick, NJ 08901-1665
517761024       Allied Intersted,   PO Box 361445,   Columbus, OH 43236-1445
517761026       Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
517761031       CBCS,   PO Box 2589,   Columbus, OH 43216-2589
517761032       Cenlar Central Loan Administration,   PO Box 986,   Newark, NJ 07184-0001
517761035      +DSNB / MACYS,   P.O. Box 8218,   Mason, OH 45040-8218
517761036      +Educational Funding Company,   4740 Chevy Chase Dr Ste 200,   Chevy Chase, MD 20815-6459
517761037       Eichenbaum & Stylianou, LLC,   10 Forest Avenue, Suite 300 P.O. Box 914,
                 Paramus, NJ 07653-0914
517761038       Encore Receivable Management, Inc.,   P.O. Box 3330 400 N. Rogers Road,
                 Olathe, KS 66063-3330
517761039       Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
517761040      +Financial Recoveries,   P.O. Box 1388,   Mt Laurel, NJ 08054-7388
517761041       Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
517761042       Genesis BC/Celtic Bank,   368 S State St Ste 300,   Salt Lake City, UT 84111-2315
517761043       Green Lawn Fertilizing,   1004 Saunders Ln,   West Chester, PA 19380-4218
517761044       JFK Hospital,   80 James St Fl 4,   Edison, NJ 08820-3938
517761045       KML Law Group PC,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
517761046      +LTD Financial Services Services, L.P.,   7332 Southwest Freeway, Suite 1600,
                 Houston, TX 77086
517761047       Meridian Medical Group,   c/o Simon's Agency, Inc.,   PO Box 5026,   Syracuse, NY 13220-5026
517761048     #+Monarch Recovery Management, Inc.,   P.O. Box 16119,   Philadelphia, PA 19114-0119
517761051       NJ Housing & Finance Agency,   Loan Servicing,   637 S Clinton Ave,   Trenton, NJ 08611-1811
517761050       New Brunswick Water Department,   78 Bayard St,   New Brunswick, NJ 08901-2113
517761052      #Paypal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
517761053       Philips Remote Cardiac Service,   PO Box 415404,   Boston, MA 02241-5404
517761057       RWJ Anesthesia,   c/o FInancial Recoveries,   200 E Park Dr Ste 100,
                 Mount Laurel, NJ 08054-1297
517761058       RWJ Emergency Services,   c/o Financial Recoveries,   200 E Park Dr Ste 100,
                 Mount Laurel, NJ 08054-1297
517761059       RWJ/Anesthsia,   c/o Financial Recoveries,   200 E Park Dr,   Mount Laurel, NJ 08054-1297
517761055       Robert Wood Johnson,   PO Box 15278,   Newark, NJ 07192-5278
517761056      +Robert Wood Johnson Hospital Pediatrics,   1 Robert Wood Johnson Pl,
                 New Brunswick, NJ 08901-1966
517761060       Santander Bank,   Bankruptcy Department,   PO Box 961245,   Fort Worth, TX 76161-0244
517761068      +United Collection Bureau,   5620 Southwyck Blvd - Suite 206,   Toledo, OH 43614-1501
517761071       WFFNB / Dual L,   800 Walnut St,   Des Moines, IA 50309-3605
517761069       Wells Fargo Carrier Visa,   PO Box 660431,   Dallas, TX 75266-0431
517761070      +Wells Fargo/Home Project Visa,   800 Walnut Street,   Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517761025       E-mail/Text: bky@americanprofit.net Oct 02 2018 23:38:36      American Profit Recovery,
                 34405 W 12 Mile Rd Ste 379,   Farmington Hills, MI 48331-5608
517761028       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 23:43:14      Capital One,
                 PO Box 85520,   Richmond, VA 23285-5520
517761027       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 23:44:20      Capital One,
                 c/o Lyons, Doughty & Veldhuis, PC,   PO Box 85520,   Richmond, VA 23285-5520
517761030      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 23:43:14      Capital One,
                 P.O. Box 5253,   Carol Stream, IL 60197-5253
517761029       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 23:43:45      Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
517761033       E-mail/Text: electronicbkydocs@nelnet.net Oct 02 2018 23:38:18      Department of Education,
                 121 S 13th St,   Lincoln, NE 68508-1904
517761034       E-mail/Text: electronicbkydocs@nelnet.net Oct 02 2018 23:38:18
                 Department of Education/Nelnet,   121 S 13th St,   Lincoln, NE 68508-1904
517761049      +E-mail/Text: Bankruptcies@nragroup.com Oct 02 2018 23:39:15      National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
517761054       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 23:44:27
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk, VA 23541-0914
517761061       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:44:15      SYNCB / Amazon,   P.O. Box 965015,
                 Orlando, FL 32896-5015
517761062      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:44:16      SYNCB / Lowes,   P.O. Box 965005,
                 Orlando, FL 32896-5005
517761063       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:10      SYNCB / Paypal,   PO Box 965005,
                 Orlando, FL 32896-5005
517761064      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:41      SYNCB / Sam's Club,
                 P.O. Box 965005,   Orlando, FL 32896-5005

```
District/off: 0312-3           User: admin              Page 2 of 2                 Date Rcvd: Oct 02, 2018
                               Form ID: 132             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517761065        E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:41      SYNCB / Walmart,
                 P.O. Box 965024,   Orlando , FL   32896-5024
517761067        E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:10      SYNCB Care One,   PO Box 965036,
                 Orlando, FL   32896-5036
517766204       +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517787493       +E-mail/Text: electronicbkydocs@nelnet.net Oct 02 2018 23:38:18      U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
517789918        E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 02 2018 23:38:13      Westlake Financial,
                 PO Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517761066*        SYNCB / Walmart,    PO Box 965024,   Orlando, FL   32896-5024
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Frederick J. Simon    on behalf of Joint Debtor Denise E. Saravia-Jiminez simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Debtor Francisco  Saravia-Jiminez simonmonahan216@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```