UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

**Order Filed on January 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FRANCISCO SARAVIA-JIMINEZ and DENISE SARAVIA-JIMINEZ

Case No.: 18-28577

Chapter: 13

Judge: Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 23, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/28/2018_____ :

Property: 57 Wilcox Rd., New Brunswick, NJ 08901

Creditor: NJ Housing & Mortgage Finance Agency

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Counsel for Debtors_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/8/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Saravia-Jiminez  
Denise E. Saravia-Jiminez  
    Debtors

Case No. 18-28577-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 24, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.  
db/jdb          Francisco Saravia-Jiminez,    Denise E. Saravia-Jiminez,    57 Wilcox Rd,      New Brunswick, NJ    08901-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Frederick J. Simon    on behalf of Joint Debtor Denise E. Saravia-Jiminez simonmonahan216@gmail.com  
         Frederick J. Simon    on behalf of Debtor Francisco    Saravia-Jiminez simonmonahan216@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                     TOTAL: 6