UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Order Filed on April 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCISCO SARAVIA-JIMINEZ and DENISE SARAVIA-JIMINEZ

Case No.:     18-28577

Chapter:      13

Judge:      Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/24/2019_____ :

Property:    57 Wilcox Rd., New Brunswick, NJ 08901

Creditor:    NJ Housing & Mortgage Finance Agency

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Counsel for Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/7/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2