| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____ | **Order Filed on April 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>  FRANCISCO SARAVIA-JIMINEZ and DENISE SARAVIA-JIMINEZ | Case No.:    18-28577<br>Chapter:    13<br>Judge:    Michael B. Kaplan |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/24/2019_____ :

Property: 57 Wilcox Rd., New Brunswick, NJ 08901

Creditor: NJ Housing & Mortgage Finance Agency

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Counsel for Debtors_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/7/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Saravia-Jiminez  
Denise E. Saravia-Jiminez  
    Debtors

Case No. 18-28577-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Apr 08, 2019  
                Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db/jdb       Francisco Saravia-Jiminez,   Denise E. Saravia-Jiminez,   57 Wilcox Rd,   New Brunswick, NJ  08901-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
      Albert  Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Frederick J. Simon   on behalf of Joint Debtor Denise E. Saravia-Jiminez simonmonahan216@gmail.com  
      Frederick J. Simon   on behalf of Debtor Francisco  Saravia-Jiminez simonmonahan216@gmail.com  
      Kevin Gordon McDonald   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency   kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 6