UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FRANCISCO SARAVIA-JIMINEZ and DENISE SARAVIA-JIMINEZ

Case No.:    18-28577

Chapter:    13

Judge:    KAPLAN

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/24/2019_____ :

Property:    57 Wilcox Rd., New Brunswick, NJ 08901

Creditor:    NJ Housing & Mortgage Finance Agency

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Counsel for Debtors____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/4/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28577-MBK
Francisco Saravia-Jiminez                                             Chapter 13
Denise E. Saravia-Jiminez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1            Date Rcvd: Oct 09, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.
db/jdb         Francisco Saravia-Jiminez,   Denise E. Saravia-Jiminez,   57 Wilcox Rd,    New Brunswick, NJ 08901-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Joint Debtor Denise E. Saravia-Jiminez simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Debtor Francisco  Saravia-Jiminez simonmonahan216@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6