Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−28577−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisco Saravia−Jiminez                     Denise E. Saravia−Jiminez
   57 Wilcox Rd                                   57 Wilcox Rd
   New Brunswick, NJ 08901−1665         New Brunswick, NJ 08901−1665

Social Security No.:
   xxx−xx−2133                                    xxx−xx−5045

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 14, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 14, 2020
JAN: ckk

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Saravia-Jiminez  
Denise E. Saravia-Jiminez  
    Debtor(s)

Case No. 18-28577-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 14, 2020      Form ID: 148      Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Francisco Saravia-Jiminez, Denise E. Saravia-Jiminez, 57 Wilcox Rd, New Brunswick, NJ 08901-1665 |
| lm | + | NJ Housing & Mortgage Finance Agency, 637 South Clinton Ave, P.O. Bo 18550, Trenton, NJ 08650-2085 |
| 517761031 | | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 517761032 | | Cenlar Central Loan Administration, PO Box 986, Newark, NJ 07184-0001 |
| 517761036 | + | Educational Funding Company, 4740 Chevy Chase Dr Ste 200, Chevy Chase, MD 20815-6459 |
| 517761037 | | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300 P.O. Box 914, Paramus, NJ 07653-0914 |
| 517761038 | | Encore Receivable Management, Inc., P.O. Box 3330 400 N. Rogers Road, Olathe, KS 66063-3330 |
| 517761039 | | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517761040 | + | Financial Recoveries, P.O. Box 1388, Mt Laurel, NJ 08054-7388 |
| 517761041 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517761042 | | Genesis BC/Celtic Bank, 368 S State St Ste 300, Salt Lake City, UT 84111-2315 |
| 517761043 | | Green Lawn Fertilizing, 1004 Saunders Ln, West Chester, PA 19380-4218 |
| 517761044 | | JFK Hospital, 80 James St Fl 4, Edison, NJ 08820-3938 |
| 517761045 | # | KML Law Group PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 517761046 | + | LTD Financial Services Services, L.P., 7332 Southwest Freeway, Suite 1600, Houston, TX 77086 |
| 517761051 | | NJ Housing & Finance Agency, Loan Servicing, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 517888163 | + | NJ Housing and Mortgage Finance Agency, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517761050 | | New Brunswick Water Department, 78 Bayard St, New Brunswick, NJ 08901-2113 |
| 517761053 | | Philips Remote Cardiac Service, PO Box 415404, Boston, MA 02241-5404 |
| 517761057 | | RWJ Anesthesia, c/o FInancial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517761058 | | RWJ Emergency Services, c/o Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517761059 | | RWJ/Anesthsia, c/o Financial Recoveries, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 517761055 | | Robert Wood Johnson, PO Box 15278, Newark, NJ 07192-5278 |
| 517761056 | + | Robert Wood Johnson Hospital Pediatrics, 1 Robert Wood Johnson Pl, New Brunswick, NJ 08901-1966 |
| 517761068 | + | United Collection Bureau, 5620 Southwyck Blvd - Suite 206, Toledo, OH 43614-1501 |
| 517761069 | | Wells Fargo Carrier Visa, PO Box 660431, Dallas, TX 75266-0431 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517761025 | | Email/Text: bky@americanprofit.net | Oct 14 2020 22:00:00 | American Profit Recovery, 34405 W 12 Mile Rd |

Case 18-28577-MBK    Doc 55    Filed 10/16/20    Entered 10/17/20 00:47:59    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | | Ste 379, Farmington Hills, MI 48331-5608 |
| 517761026 | | EDI: TSYS2.COM | Oct 15 2020 01:23:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517761028 | | EDI: CAPITALONE.COM | Oct 15 2020 01:23:00 | Capital One, PO Box 85520, Richmond, VA 23285-5520 |
| 517761027 | | EDI: CAPITALONE.COM | Oct 15 2020 01:23:00 | Capital One, c/o Lyons, Doughty & Veldhuis, PC, PO Box 85520, Richmond, VA 23285-5520 |
| 517761030 | + | EDI: CAPITALONE.COM | Oct 15 2020 01:23:00 | Capital One, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 517761029 | | EDI: CAPITALONE.COM | Oct 15 2020 01:23:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517799785 | | EDI: CAPITALONE.COM | Oct 15 2020 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517806471 | | EDI: BL-BECKET.COM | Oct 15 2020 01:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517791451 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2020 22:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517887621 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 21:59:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517761035 | | EDI: CITICORP.COM | Oct 15 2020 01:23:00 | DSNB / MACYS, P.O. Box 8218, Mason, OH 45040-0000 |
| 517761033 | | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2020 21:59:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517761034 | | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2020 21:59:00 | Department of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517816984 | | EDI: DISCOVER.COM | Oct 15 2020 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517905308 | | EDI: BL-BECKET.COM | Oct 15 2020 01:23:00 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517761047 | | Email/Text: clientservices@simonsagency.com | Oct 14 2020 22:00:00 | Meridian Medical Group, c/o Simon's Agency, Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 517761049 | + | Email/Text: Bankruptcies@nragroup.com | Oct 14 2020 22:00:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 517761054 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 517878297 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Car Care One, POB 41067, Norfolk VA 23541 |
| 517878294 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517868565 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Sams Club Personal Cred, POB 41067, Norfolk VA 23541 |
| 517878293 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517761052 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517883487 | | EDI: Q3G.COM | Oct 15 2020 01:23:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517819854 | + | EDI: DRIV.COM | Oct 15 2020 01:23:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 517761061 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB / Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 517761062 | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB / Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517761063 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB / Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 517761064 | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB / Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517761065 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB / Walmart, P.O. Box 965024, Orlando , FL 32896-5024 |
| 517761067 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB Care One, PO Box 965036, Orlando, FL 32896-5036 |
| 517885635 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 21:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517761060 | | EDI: DRIV.COM | Oct 15 2020 01:23:00 | Santander Bank, Bankruptcy Department, PO Box 961245, Fort Worth, TX 76161-0244 |
| 517766204 | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517787493 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2020 21:59:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517876543 | + | EDI: AIS.COM | Oct 15 2020 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517761071 | | EDI: WFFC.COM | Oct 15 2020 01:23:00 | WFFNB / Dual L, 800 Walnut St, Des Moines, IA 50309-3605 |
| 517842256 | | EDI: WFFC.COM | Oct 15 2020 01:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517761070 | + | EDI: WFFC.COM | Oct 15 2020 01:23:00 | Wells Fargo/Home Project Visa, 800 Walnut Street, Des Moines, IA 50309-3605 |
| 517789918 | | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 14 2020 21:59:00 | Westlake Financial, PO Box 76809, Los Angeles, CA 90076-0809 |
| 517904520 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 14 2020 21:59:00 | Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, Ca 90010-3847 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517868575 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Sams Club Personal Cred, POB 41067, Norfolk VA 23541 |
| 517761066 | * | SYNCB / Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517761024 | ## | Allied Intersted, PO Box 361445, Columbus, OH 43236-1445 |
| 517761048 | ##+ | Monarch Recovery Management, Inc., P.O. Box 16119, Philadelphia, PA 19114-0119 |
| jdb | * | Denise E. Saravia-Jiminez, 57 Wilcox Rd, New Brunswick, NJ 08901-1665 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 69 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Joint Debtor Denise E. Saravia-Jiminez simonmonahan216@gmail.com |
| Frederick J. Simon | on behalf of Debtor Francisco Saravia-Jiminez simonmonahan216@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7