| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br><br>CN 4853<br><br>Trenton, NJ   08650<br><br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | **Order Filed on October 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Francisco Saravia-Jiminez<br>Denise E. Saravia-Jiminez<br><br><div align="center">Debtor(s)</div> | Case No.: 18-28577 / MBK<br><br>Chapter 13<br><br>Hearing Date: 10/14/20  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

<div align="center">

**CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL**

</div>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-28577-MBK

Francisco Saravia-Jiminez                                                     Chapter 13

Denise E. Saravia-Jiminez

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                  Page 1 of 2
Date Rcvd: Oct 14, 2020                       Form ID: pdf903                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID**               **Recipient Name and Address**
db/jdb                        Francisco Saravia-Jiminez, Denise E. Saravia-Jiminez, 57 Wilcox Rd, New Brunswick, NJ 08901-1665

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**       **Bypass Reason   Name and Address**
jdb                        *                   Denise E. Saravia-Jiminez, 57 Wilcox Rd, New Brunswick, NJ 08901-1665

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

**Name**                        **Email Address**

Albert Russo
                                      on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                      docs@russotrustee.com

Denise E. Carlon
                                      on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com
                                      bkgroup@kmllawgroup.com

Frederick J. Simon
                                      on behalf of Joint Debtor Denise E. Saravia-Jiminez simonmonahan216@gmail.com

Frederick J. Simon
                                      on behalf of Debtor Francisco Saravia-Jiminez simonmonahan216@gmail.com

Kevin Gordon McDonald

District/off: 0312-3                                  User: admin                                      Page 2 of 2
Date Rcvd: Oct 14, 2020                              Form ID: pdf903                                  Total Noticed: 1

on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com
bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7