Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–28577–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco Saravia–Jiminez
57 Wilcox Rd
New Brunswick, NJ 08901–1665

Denise E. Saravia–Jiminez
57 Wilcox Rd
New Brunswick, NJ 08901–1665

Social Security No.:
xxx–xx–2133

xxx–xx–5045

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 1, 2021

Michael B. Kaplan
Judge, United States Bankruptcy Court